**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-3373-WJM-KMT

JESSICA MOLINARI, a minor, by and through her mother and next of kin MICHELLE MOLINARI

    Plaintiff,

v.

GRACE LOCKE VENTURES, LLC, d/b/a GRAND ADVENTURES LLC,
GRAND ADVENTURES LLC

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss Claims Against Defendant Grand Adventures, LLC with Prejudice, filed March 27, 2015 (ECF No. 16).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  All claims against Defendant Grand Adventures, LLC are hereby DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

Dated this 27th day of March, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge